# Court of Appeals
# of the State of Georgia

ATLANTA,  August 22, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0032.  CHRISTOPHER R. MATHIS v. JULIE M. MATHIS.**

Upon consideration of Appellant's Emergency Motion to Stay Enforcement of Order Pending Appeal, it is ordered that said motion is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/22/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*